UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-MJ-70036-MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] DETENTION ORDER |
| ANTOINE VIDEAU | |
| Defendant. | |

On January 11, 2017, Antoine Videau was charged by federal complaint with violating Title 18 United States Code, Sections 922(g). This matter came before the Court on January 18, 2017, for a detention hearing. The defendant was present and represented by Jodi Linker of the Federal Public Defender's Office. Assistant United States Attorney Scott Joiner appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government moved for detention. Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community. Accordingly,

Defendant Videau must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to Defendant Videau.

The defendant's criminal history began when he was twelve years old and includes violent conduct and firearms offenses. The only significant break in his criminal history appears to occur during the period when he was incarcerated for the offense described below. According to reports from the San Francisco Police Department, he is also a documented member of the Eddy Rock criminal street gang. On January 2, 2009, the defendant was arrested for shooting a 13-year-old boy. In connection with that arrest, he was convicted on March 13, 2013, of assault on a person with a semi-automatic firearm in violation of California Penal Code § 245(b). The California Superior Court sentenced him to nine years in prison for that offense. Within six weeks of his parole, the defendant was arrested in connection with the current offense.

The Government proffered facts regarding the current charges indicating that the defendant was contacted by police officers in order to conduct a parole search. When an officer discovered a loaded firearm in his pocket, the defendant fled and a foot-chase ensued. After he was taken into custody, the proffered facts indicate that the defendant made admissions concerning the firearm.

These findings are made without prejudice to the Defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.  Defendant Videau be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2.  Defendant Videau be afforded reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which Defendant Videau is confined shall deliver him to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: January 18, 2017

_____
Hon. Sallie Kim
United States Magistrate Judge